DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**2560 SOUTH OCEAN BOULEVARD CONDOMINIUM ASSOCIATION, INC.,**
Appellant,

v.

**2560 S. OCEAN, LLC,**
Appellee.

No. 4D2025-0826

[June 11, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Carolyn Ruth Bell, Judge; L.T. Case No. 502023CA012029XXXXMB.

Michael V. Andriano of Cole Scott & Kissane, P.A., Orlando, for appellant.

Matthew Joseph McGuane and Jezabel Pereira Lima of Levine Kellogg Lehman Schneider + Grossman, LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., LEVINE and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***